UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 04-481 (SDW) |
| | : |
| v. | : |
| | : ORDER APPOINTING COUNSEL |
| | : |
| ANDRE COLEMAN | : |

This matter having been opened to the Court upon the request of Defendant ANDRE COLEMAN, through the Office of the Federal Public Defender (Louise Arkel, appearing), for an Order by the Court appointing counsel in Mr. Coleman's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 20th day of May, 2008 that the Office of the Federal Public Defender (Louise Arkel, appearing) is appointed to represent Andre Coleman in this matter.

HONORABLE SUSAN D. WIGENTON
United States District Judge