# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ANDRE COLEMAN | )<br>)<br>) Case No: CR. 04-481<br>) USM No: 26195 - 050 |
| Date of Previous Judgment: Oct. 04, 2005<br>(Use Date of Last Amended Judgment if Applicable) | ) Sebastian Bio, Esq.<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____90____ months **is reduced to** ____76____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 27          Amended Offense Level: 25
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 130 to 162 months   Amended Guideline Range: 110 to 137 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

All other conditions of previous sentence remain.

Except as provided above, all provisions of the judgment dated  4/15/05  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: August 21, 2008

Effective Date: _____
(if different from order date)

SUSAN D. WIGENTON, U.S.D.J.
Printed name and title