PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andre Coleman                                Cr.: 04-CR-00481-SDW
                                                               PACTS #: 38818

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton, United States District Judge

Date of Original Sentence: 10/04/2005
Order Reducing Original Sentence: 08/21/2008

Original Offense: Distribution and Possession With Intent to Distribute More than 50 Grams of Crack Cocaine, 21 U.S.C. § 841(b)(1)(B)

Original Sentence: 90 months imprisonment; 3 years supervised release.
Amended Sentence: 76 month imprisonment; 3 years supervised release.

Type of Supervision: Supervised Release                        Date Supervision Commenced: 12/29/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 16, 2012, the offender was charged with simple assault due to causing bodily injury to another individual by punching him in the face following an automobile accident in Orange, New Jersey. |
|   | On June 21, 2012, he pled guilty to improper behavior in Orange Municipal Court and was ordered to pay $1,158 in fines and penalties. |

U.S. Probation Officer Action:

While the probation office is discouraged by Coleman's impulsive behavior, we are requesting an opportunity to address his noncompliance internally. We plan to provide him with a life skills home study workbook which covers a wide range of cognitive skills developed to assist with controlling anger and other negative emotions. We will work with Coleman to ensure he completes the assignments in the workbook. We also plan to enroll him in Moral Recognition Therapy (behavioral enrichment program). If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

Respectfully submitted,

*Jamel Rucks-Dorsey*
*2012.07.11 16:58:46 -04'00'*

By: Jamel H. Dorsey
    U.S. Probation Officer
Date: 07/11/12

*Maureen Kelly*

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

PROB 12A - Page 2
Andre Coleman

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Date   July 12, 2012